**No. 61764.**—Josiah Wedgwood & Sons, Inc., and Roberts, Reilly & Sons et al. v. United States, protests 317995–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Jasper cameos the same in all material respects as those the subject of Abstract 60566, the merchandise was held classifiable as articles of stoneware, other than tableware, kitchenware, or table or kitchen utensils, within the class of such merchandise in paragraph 211, as modified, *infra*, dutiable as follows: (1) The merchandise entered or withdrawn from warehouse for consumption prior to September 10, 1955, valued at $3 or more but not more than $10 per dozen, at 10 cents per dozen pieces and 35 percent ad valorem under paragraph 211, as modified either by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), or by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52857); (2) the merchandise entered or withdrawn from warehouse for consumption on and after September 10, 1955, valued at $3 or more but not more than $10 per dozen, at 10 cents per dozen pieces and 30 percent ad valorem under said paragraph, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T. D. 53865), supplemented by Presidential proclamation (T. D. 53877); and (3) the merchandise entered or withdrawn from warehouse for consumption on and after July 6, 1951, valued at more than $10 per dozen, at 5 cents per dozen pieces and 25 percent ad valorem under said paragraph, as modified by T. D. 52739.

**No. 61765.**—S. Cavallo, Inc., et al. v. United States, protests 305483–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the items entered, or withdrawn from warehouse, for consumption prior to June 30, 1956, were held dutiable at 12½ percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items entered, or withdrawn from warehouse, for consumption on and after said date were held dutiable at 11½ percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).